AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

United States Courts
Southern District of Texas
**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas ☑

APR 1 1 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| TREMAINE MANLEY | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| *Defendant/Respondent* | ) | **4:25mc0662** |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: 4/12/25 |

1.     For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ 0.00 | $ | $ | $ |
| Other *(specify)*: | $ 0.00 | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.      List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| LAID OFF | | | $ 0.00 |
| LAID OFF | | | $ 0.00 |

3.      List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| N/A | | | $ |

4.      How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $                0.00 |
| Other real estate *(Value)* | $                0.00 |
| Motor vehicle #1 *(Value)* | $                0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $                0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $                0.00 |
| Other assets *(Value)* | $                0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| 0 | $                0.00 | $                0.00 |
| 0 | $                0.00 | $                0.00 |
| 0 | $                0.00 | $                0.00 |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| DAVID BERRY | COUSIN | 41 |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes   ☐ No<br>    Is property insurance included?  ☐ Yes   ☐ No | $         0.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $         0.00 | $ |
| Home maintenance *(repairs and upkeep)* | $         0.00 | $ |
| Food | $         0.00 | $ |
| Clothing | $         0.00 | $ |
| Laundry and dry-cleaning | $         0.00 | $ |
| Medical and dental expenses | $         0.00 | $ |
| Transportation *(not including motor vehicle payments)* | $         0.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $         0.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $         0.00 | $ |
|     Life: | $         0.00 | $ |
|     Health: | $         0.00 | $ |
|     Motor vehicle: | $         0.00 | $ |
|     Other: | $         0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $         0.00 | $ |
| Installment payments | | |
|     Motor vehicle: | $         0.00 | $ |
|     Credit card *(name):* | $         0.00 | $ |
|     Department store *(name):* | $         0.00 | $ |
|     Other: | $         0.00 | $ |
| Alimony, maintenance, and support paid to others | $         0.00 | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $              0.00 | $ |
| Other *(specify)*: | $              0.00 | $ |
| **Total monthly expenses:** | $              0.00 | $              0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes     ☑ No     If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑No

If yes, how much?   $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.
I have been laid off my job for a year having a hard time getting new work currenly looking for a job as i have my cousin who assit me with a place to stay.

12.   Identify the city and state of your legal residence.
Houston

Your daytime phone number:          (832) 348-0649

Your age:   43     Your years of schooling:          2

Last four digits of your social-security number:          278

AO 240A (Rev. 08/23) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the

District of

| | |
|---|---|
| TREMAINE MANLEY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| EXPERIAN INFORMATION SOLUTIONS, INC | ) |
| *Defendant* | ) |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: _____

_____
*Judge's signature*

_____
*Printed name and title*

## Re: Initial Filing – Civil Complaint under the Fair Credit Reporting Act (FCRA)

Dear Clerk,

Please find enclosed the initial filing documents for my civil lawsuit as a **pro se plaintiff** against Experian Information Solutions, Inc., pursuant to the **Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.).**

I respectfully submit the following documents for filing:

1. Civil Cover Sheet (JS-44)
2. Complaint/Petition
3. Pauper's Affidavit (Motion to Proceed In Forma Pauperis)
4. Motion for Leave to File Electronically (with Proposed Order)
5. Summons Form (AO 440) – for issuance by the Clerk
6. This Cover Letter

Please issue the summons for service, assign a civil action number, and file the IFP and motion to allow CM/ECF access. I would appreciate a file-stamped copy for my records.

Thank you for your assistance.

Sincerely,
**/s/ Tremaine Manley**
Pro Se Plaintiff

# FedEx ®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current Service Guide or the conditions of carriage for compl[...]

ORIGIN ID:EIXA   (832) 349-6523
TREMAINE MANLEY

2626 S LOOP W
713
HOUSTON, TX 77054
UNITED STATES US

SHIP DATE: 10APR25
ACTWGT: 1.00 LB
CAD: 263657443/INET4535

BILL SENDER

TO   **BOB CASEY UNITED STATES COURTHOUSE**
**BOB CASEY UNITED STATES COURTHOUSE**
**515 RUSK AVENUE**

United States
Southern District
FILED

**HOUSTON TX 77002**
(713) 255-4565   REF:
INV:
PO:                DEPT:

APR 11 20

Nathan Ochsner, Clerk



FedEx
Express

E

TRK#
0201   **8804 5079 1167**

FRI - 11 APR 5:00P
STANDARD OVERNIGHT

**43 EIXA**                77002
                    TX-US  IAH

◀ Insert shipping
document here.



03/21/25 10:34